## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>   v.<br><br>**SHERRY E RODRIGUEZ,**<br><br>   Defendant. | **Case No.  CR05-5498**<br>            **CR05-5640**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by (1) using cocaine on or about October 29, 2005; and (2) failing to appear for drug and alcohol testing on December 1, 2005.

The plaintiff appears through Assistant United States Attorney, CPT KENNETH TYNDAL

The defendant appears personally and represented by counsel,   JEROME KUH

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge Karen L Strombom.

   *Date of hearing:*       **JANUARY 9, 2006**

   *Time of hearing:*       **9:00 AM**

**IT IS ORDERED** that the defendant:

( X )   **Be released on the conditions of her appearance bond dated October 19, 2005.**

(   )   **Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              **December 5, 2005.**


                              ___s/ J. Kelley Arnold_____
                              **J. Kelley Arnold, U.S. Magistrate Judge**